## GUS WALKER V STATE.

No. 24723. March 29, 1950.

*Burks & McNeil*, Lubbock, for appellant.

*George P. Blackburn*, State's Attorney, Austin, for the state.

BEAUCHAMP, Judge.

The appeal is from a conviction for the possession for sale of intoxicating liquor in a dry area, and the punishment assessed was 60 days in jail.

The charge given by the court is identical with that reported in Sessums v. State, 154 Texas Crim. Rep. 82, 225 S. W. 2d 419. It comes from the same court, with the same question raised.

Under the authority of the above case, the judgment of the trial court is reversed and the cause is remanded.